IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 17-mc-56-NJR ) |
| DADE CITY WILD THINGS, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

**ROSENSTENGEL, District Judge:**

On April 19, 2017, Plaintiff People for the Ethical Treatment of Animals, Inc. ("PETA") filed suit in the Middle District of Florida claiming Defendants violated the Endangered Species Act., 16 U.S.C. § 1540(g)(1)(A). (Doc. 2-2, p. 2). On September 14, 2017, pursuant to Federal Rule of Civil Procedure 45, PETA served a subpoena on Gregg Woody demanding he produce certain documents. (Docs. 2-7, 2-8). Woody had until September 28, 2017, to file any objections to the subpoena, but failed to do so. FED. R. CIV. P. 45(d)(2)(B). To date, Woody has not produced any of the documents. (Doc. 2, p. 4).

On October 19, 2017, PETA filed a Motion to Compel Compliance with Subpoena asking this Court to order Woody to produce the documents in his possession or control that are responsive to the subpoena, hold Woody in civil contempt for failing to obey the subpoena without excuse, and order Woody to pay PETA's attorneys' fees and costs related to the motion to compel. (Doc. 2, p. 4).

Gregg Woody is hereby notified that a **Show Cause Hearing is SET for Tuesday,**

**November 14, 2017, at 1:30 p.m.,** before the undersigned at the United States District Courthouse, 750 Missouri Avenue, East St. Louis, Illinois 62201. Woody is **ORDERED** to appear at the hearing and to **SHOW CAUSE** why he should not be found in contempt for failure to comply with the Central District of Florida's subpoena. Woody **SHALL** bring with him to the hearing all documents in his possession or control that are responsive to the subpoena served on him on September 14, 2017.

In the alternative, Mr. Woody may produce all of the subpoenaed documents to PETA on or before November 10, 2017. If this Court receives written notice from PETA, by noon on November 13, 2017, that Mr. Woody has fully complied with the subpoena, the Court will cancel the Show Cause hearing.

Mr. Woody is **WARNED** that if he fails to fully produce all of the documents by November 10, 2017, or fails to appear at the hearing with the subpoenaed documents, he will be held in contempt of court, and sanctions may be imposed. The sanction could be a fine, a period of incarceration, or some combination of both.

The Clerk of Court is **DIRECTED** to mail this Order, along with a copy of the original subpoena (Doc. 2-7) and affidavit of proof of service (Doc. 2-8) via certified mail, return receipt requested, to Gregg Woody at:

    **1909 Old Park Avenue, Mulberry Grove, Illinois 62262**

**IT IS SO ORDERED.**

DATED: October 31, 2017

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**